UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16–32770
Chapter 13
Thomas J. Handey,

    Debtor.

## ORDER

This case is before the court on the following matter:

*17* – Rule 9007 Motion/Notice/Objection: Motion to Redeem AND MOTION TO SELL PROPERTY OF THE ESTATE filed by Richard D. Shinbaum on behalf of Thomas J. Handey. Responses due by 11/18/2016. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated November 19, 2016

Dwight H. Williams Jr.
United States Bankruptcy Judge