UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 16–32770
                                                Chapter 13
Thomas J. Handey,

    Debtor.

# ORDER

   This case is before the court on the following matter:

*17* – Rule 9007 Motion/Notice/Objection: Motion to Redeem AND MOTION TO SELL PROPERTY OF THE ESTATE filed by Richard D. Shinbaum on behalf of Thomas J. Handey. Responses due by 11/18/2016. (Shinbaum, Richard)

    It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

   **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated November 19, 2016

                                          Dwight H. Williams Jr.
                                          United States Bankruptcy Judge

In re:  
Thomas J. Handey  
       Debtor

Case No. 16-32770-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2      User: admin      Page 1 of 1      Date Rcvd: Nov 21, 2016  
                      Form ID: ADI9007      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.

```
db          +Thomas J. Handey,   700 Eliza Place,   Montgomery, AL 36109-4648
3623727     +C. Thomas Payne,   8 Commerce Street Ste 1200,   Montgomery, AL 36104-3520
3623728     +Circuit Court of Montgomery,   251 South Lawrence Street,   CV-2007-000701.00,
              Montgomery, AL 36104-4218
3623722      EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
3623724      EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3623729     +FNA Alabama,   120 N LASALLE ST, STE 1220,   Chicago, IL 60602-3797
3623730     +HOLLOWAY CREDIT SOLUTION,   1286 CARMICHAEL WAY,   Montgomery, AL 36106-3645
3623731     +MONTGOMERY COUNTY SHERIFFS DEPT,   115 South Perry Street,   Montgomery, AL 36104-4008
3623732      Patricia Richardson,   1078 Meriweather Trail,   Grady, AL 36036
3623723      TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
3623725     +E-mail/Text: bankruptcy@alagasco.com Nov 21 2016 22:39:25     ALA GAS CO,
              605 RICHARD ARRINGTON BLVD N,   Birmingham, AL 35203-2707
3623726     +E-mail/Text: bsimmons@amsher.com Nov 21 2016 22:39:04     AMSHER COLLECTION SERVICES,
              4524 SOUTHLAKE PARKWAY,   SUITE 15,   HOOVER, AL 35244-3271
3628425     +E-mail/Text: bankruptcy@alagasco.com Nov 21 2016 22:39:26     Alabama Gas Corporation,
              2101 6th Ave North,,   Birmingham, AL 35203-2737
```
                                                 TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2016 at the address(es) listed below:

        Bankruptcy Administrator    ba@almb.uscourts.gov  
        Richard D. Shinbaum    on behalf of Debtor Thomas J. Handey rshinbaum@smclegal.com,  
         scarter@smclegal.com;cthornton@smclegal.com  
        Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com  
                                                                            TOTAL: 3