**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Thomas J. Handey,

Debtor.

Case No. 16−32770
Chapter 13

## ORDER CONFIRMING PLAN

The debtor's plan was filed on September 30, 2016. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated February 10, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
Middle District of Alabama

In re:
Thomas J. Handey
Debtor

Case No. 16-32770-DHW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2 User: admin Page 1 of 1 Date Rcvd: Feb 10, 2017
Form ID: van297a Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.

db +Thomas J. Handey, 700 Eliza Place, Montgomery, AL 36109-4648
3623727 +C. Thomas Payne, 8 Commerce Street Ste 1200, Montgomery, AL 36104-3520
3623728 +Circuit Court of Montgomery, 251 South Lawrence Street, CV-2007-000701.00, Montgomery, AL 36104-4218
3623722 EQUIFAX INFORMATION SERVICES LLC, P.O. BOX 740241, Atlanta, GA 30374-0241
3623724 EXPERION, P.O. BOX 9701, Allen, TX 75013-9701
3623729 +FNA Alabama, 120 N LASALLE ST, STE 1220, Chicago, IL 60602-3797
3623730 +HOLLOWAY CREDIT SOLUTION, 1286 CARMICHAEL WAY, Montgomery, AL 36106-3645
3623731 +MONTGOMERY COUNTY SHERIFFS DEPT, 115 South Perry Street, Montgomery, AL 36104-4008
3623732 Patricia Richardson, 1078 Meriweather Trail, Grady, AL 36036
3623723 TRANSUNION CONSUMER SOLUTIONS, P.O. BOX 2000, CHESTER, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

3623725 +E-mail/Text: bankruptcy@alagasco.com Feb 10 2017 21:44:31 ALA GAS CO, 605 RICHARD ARRINGTON BLVD N, Birmingham, AL 35203-2707
3623726 +E-mail/Text: bsimmons@amsher.com Feb 10 2017 21:44:01 AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, HOOVER, AL 35244-3271
3628425 +E-mail/Text: bankruptcy@alagasco.com Feb 10 2017 21:44:31 Alabama Gas Corporation, 2101 6th Ave North,, Birmingham, AL 35203-2737
3701783 +E-mail/Text: bankruptcy@speedyinc.com Feb 10 2017 21:41:49 SpeedyRapid Cash, PO BOX 780408, Wichita, KS 67278-0408

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:

Bankruptcy Administrator ba@almb.uscourts.gov
Richard D. Shinbaum on behalf of Debtor Thomas J. Handey rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com
Sabrina L. McKinney [Acting] trustees_office@ch13mdal.com

TOTAL: 3